IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA S. SPADE,
individually and on behalf of a class,

    Plaintiff,

v.

AFNI, INC.,

    Defendant.                               Case No. 10-cv-201-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is a Notice of Voluntary Dismissal (Doc. 13), filed by plaintiff Linda S. Spade, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**. The Court hereby **ACKNOWLEDGES** said voluntary dismissal, made properly in accordance Rule 41, whereby Plaintiff has **DISMISSED WITH PREJUDICE** her individual claim against defendant AFNI, Inc., and **DISMISSED WITHOUT PREJUDICE** the claims of the putative class against defendant AFNI, Inc., with each Party to bear their own costs and fees. As a final matter, the case file is closed.

    **IT IS SO ORDERED**

    Signed this 29th day of July, 2010.

                                                   /s/    David R. Herndon
                                                   **Chief Judge**
                                                   **United States District Court**